**Opinion issued July 7, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00465-CR

———————————

## IN RE GEORGE HORACE RICHARDSON, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, George Horace Richardson, incarcerated and proceeding *pro se*, has filed a petition for a writ of mandamus seeking to compel the trial court to rule on his motion for new trial.[1] A motion for new trial is overruled by operation of law if

---

[1]     The underlying case is *The State of Texas v. George Horace Richardson*, Cause No. 1417213, in the 176th District Court of Harris County, Texas, the Honorable Stacey Bond presiding.

the trial court does not rule on the motion within seventy-five days after suspending or imposing sentence in open court. *See* TEX. R. APP. P. 21.8. Accordingly, relator has not demonstrated entitlement to mandamus relief.

We deny the petition.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.

Do not publish.   TEX. R. APP. P. 47.2(b).